B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION (ROCKFORD) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Bowers, James R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Bowers, Kelly J** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **aka James R. Bowers, Jr.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **fka Kelly J. Carter** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1199** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1069** |
| Street Address of Debtor (No. and Street, City, and State): **2020 Meyers Street** **Belvidere, IL**    ZIP CODE **61008** | Street Address of Joint Debtor (No. and Street, City, and State): **2020 Meyers Street** **Belvidere, IL**    ZIP CODE **61008** |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **2020 Meyers Street** **Belvidere, IL**    ZIP CODE **61008** | Mailing Address of Joint Debtor (if different from street address): **2020 Meyers Street** **Belvidere, IL**    ZIP CODE **61008** |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **James R. Bowers** **Kelly J Bowers** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each <br><br> **X** /s/ Philip H. Hart                    7/27/2011 <br>  Philip H. Hart                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

| **Voluntary Petition** | Name of Debtor(s): **James R. Bowers** |
|---|---|
| *(This page must be completed and filed in every case)* | **Kelly J Bowers** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy

**X** /s/ James R. Bowers
_____
**James R. Bowers**

**X** /s/ Kelly J Bowers
_____
**Kelly J Bowers**

_____
Telephone Number (If not represented by attorney)

**7/27/2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting

**X**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Philip H. Hart
_____
**Philip H. Hart**        Bar No. **03121821**

**UAW-Chrysler Legal Services Plan**
**600 S. State Street**
**Ste 200**
**Belvidere IL  61008**

Phone No. **(815) 544-2525**    Fax No. **(815) 547-7857**

**7/27/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
**X**
_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the

If more than one person prepared this document, attach additional sheets

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2826048654)*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**                                     Case No. _____
         **Kelly J Bowers**                                                        (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements
regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse
must complete and file a separate Exhibit D.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit couseling
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.
Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**                                      Case No. _____
         **Kelly J Bowers**                                                    (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
        illness or mental deficiency so as to

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
        extent of being unable, after reasonable

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of
11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and**

Signature of Debtor:   **/s/ James R. Bowers**_____
                        James R. Bowers

Date:      **7/27/2011**_____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:    **James R. Bowers**                                      Case No.  _____
          **Kelly J Bowers**                                                      (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements
regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse
must complete and file a separate Exhibit D.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit couseling
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.
Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:     **James R. Bowers**                                      Case No. _____

           **Kelly J Bowers**                                                                (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and**

Signature of Debtor:   **/s/ Kelly J Bowers**_____
                    Kelly J Bowers

Date:   _____**7/27/2011**_____

B6A (Official Form 6A) (12/07)

In re  **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **James R. Bowers**
     **Kelly J Bowers**

Case No. _____
                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand<br>2020 Meyers Street<br>Belvidere, IL 61008 | J | $30.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>J.P. Morgan chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265-9754 | J | $50.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Goods<br>2020 Meyers Street<br>Belvidere, IL 61008 | J | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books<br>2020 Meyers Street<br>Belvidere, IL 61008 | J | $500.00 |
| 6. Wearing apparel. | | Wearing Apparel<br>2020 Meyers Street<br>Belvidere, IL 61008 | J | $1,500.00 |
| 7. Furs and jewelry. | | Furs and Jewelry<br>2020 Meyers Street<br>Belvidere, IL 61008 | J | $2,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Fishing Equipment<br>2020 Meyers Street | J | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| | | Belvidere, IL 61008 | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Chrysler  401K Belvidere, IL 61008 (not part of debtor's estate) | J | $713.49 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James R. Bowers**                                        Case No. _____
     **Kelly J Bowers**                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James R. Bowers**                                           Case No. _____
    **Kelly J Bowers**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Suzuki XL 7 | W | $6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **James R. Bowers**                                   Case No. _____
       **Kelly J Bowers**                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | debtor, James R. Bowers, has filed for Social Security Disability thruogh:<br> Attorney Jim Black<br> 202 West State Street<br> Rockford, IL<br> telephone: 815-967-9000 | W | Unknown |

_____4_____ continuation sheets attached                    **Total  >**   **$13,293.49**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **James R. Bowers**
    **Kelly J Bowers**

Case No. _____
              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| Cash on Hand<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(b) | $30.00 | $30.00 |
| Checking Account<br>J.P. Morgan chase Bank<br>P.O. Box 659754<br>San Antonio, TX 78265-9754 | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| Household Goods<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(b) | $1,500.00 | $1,500.00 |
| Books<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(b) | $500.00 | $500.00 |
| Wearing Apparel<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(a),<br>(e) | $1,500.00 | $1,500.00 |
| Furs and Jewelry<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(b) | $2,000.00 | $2,000.00 |
| Fishing Equipment<br>2020 Meyers Street<br>Belvidere, IL 61008 | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $6,580.00 | $6,580.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| Chrysler  401K<br>Belvidere, IL 61008<br>(not part of debtor's estate) | 735 ILCS 5/12-704 | 100% | $713.49 |
| 2004 Suzuki XL 7 | 735 ILCS 5/12-1001(c) | $2,400.00 | $6,000.00 |
| debtor, James R. Bowers, has filed for Social Security Disability thruogh:<br> Attorney Jim Black<br> 202 West State Street<br> Rockford, IL<br> telephone: 815-967-9000 | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| | | **$13,293.49** | **$13,293.49** |

B6D (Official Form 6D) (12/07)

In re **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCT | UNSECURED PORTIO |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx5320**<br><br>**Americredit**<br>**P.O. Box 183853**<br>**Arlington, TX. 76096** | | W | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**2004 Suzuki XL7**<br>REMARKS:<br><br>VALUE:                      **$6,000.00** | | | | $10,495.38 | $4,495.38 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | | $10,495.38 | $4,495.38 |
| | | | | Total (Use only on last page) > | | | | $10,495.38 | $4,495.38 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of

B6E (Official Form 6E) (04/10)

In re  **James R. Bowers**                                     Case No. _____
     **Kelly J Bowers**                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor,

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **James R. Bowers**          Case No. _____
     **Kelly J Bowers**                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF | AMOUNT ENTITLE | AMOUNT NOT ENTITLED TO PRIORIT |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xD167<br>**Illinois Child Support Enforcement**<br>**509 S. 6th Street**<br>**Springfield, IL 62701-1825** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Child Support Arrearage**<br>REMARKS:<br>**due former spouse,**<br>**Jennifer E. Bowers** | | | | $11,998.00 | $11,998.00 | $0.00 |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) > | $11,998.00 | $11,998.00 | $0.00

Total > $11,998.00

**(Use only on last page of the completed Schedule E.**

Totals > | $11,998.00 | $0.00

**(Use only on last page of the completed Schedule E. If applicable, report also on the**

B6F (Official Form 6F) (12/07)

In re  **James R. Bowers**
**Kelly J Bowers**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxx-KIDE**<br>**All Kids and Family Care**<br>**P.O. Box 19121**<br>**Springfield, IL 62794-9121** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $120.00 |
| ACCT #:  **x0734**<br>**Allied Business Accounts**<br>**P.O. Box 1600**<br>**Clinton, IA  52733** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $75.00 |
| ACCT #:  **xx0314**<br>**Amcore Bank**<br>**501 Seventh Street**<br>**Rockford IL 61110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $242.00 |
| ACCT #:<br>**Brian Carter**<br>**4554 Galleon Drive**<br>**Loves Park, IL.  6111** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**debtor, Kelly Bowers; ex-husband** | | | | **Notice Only** |
| ACCT #:  **Kelly J. Bowers, f/k/a Kelly J. Carter**<br>**Care One**<br>**P.O. Box 129**<br>**Columbia, MD  21045** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Rent**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-xx6394**<br>**Citizens Finance of Illinois**<br>**6345 North Second Street**<br>**Loves Park, IL.  61111** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**2003 S-10 Chevrolet**<br>REMARKS:<br>**Repossessed** | | | | $5,637.54 |
| | | | | | Subtotal > | | $6,074.54 |
| | | | | | Total > (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if | | |

_____**6**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **James R. Bowers**                                    Case No. _____
        **Kelly J Bowers**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxxxxx-xxxxxxxxxxxxx52-00**<br>**Comcast Cable**<br>**P.O. Box 3002**<br>**Southeastern, PA  19398-3002** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**cable**<br>REMARKS:<br>**Reference # 01628814762** | | | | $173.34 |
| ACCT #:<br>**Credit Protections Association, L.P.**<br>**13355 Noel Road**<br>**Dallas, TX  75240** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Com Cast**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx7976**<br>**Creditors Discount & Audit Co.**<br>**415 E. Main Street**<br>**P.O. Box 213**<br>**Streator, IL.  61364** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Mt. Morris Fire Protection**<br>REMARKS: | | | | $718.00 |
| ACCT #:  **xxxxxxxxxxxx1315**<br>**Creditors Protection Service**<br>**202 W. State Street, Ste. 300**<br>**Rockford, IL  61101** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Kenneth M. Lutsch DDS**<br>REMARKS: | | | | $86.00 |
| ACCT #:  **xx0508**<br>**Crusader Central Clinic Assoc.**<br>**1200 West State Street**<br>**Rockford, IL 61102-2112** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $647.50 |
| ACCT #:  **x1058**<br>**Crusader Clinic**<br>**P.O. Box 71040**<br>**Chicago, IL 60694-1040** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___1___ of ___6___ continuation sheets attached to                      Subtotal >          $1,624.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
                                               (Use only on last page of the completed
                                                              Schedule F.)
                                    (Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re **James R. Bowers**
**Kelly J Bowers**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Direct Loan Service System**<br>P.O. Box 5609<br>Greenville, TX  75403-5609 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $3,974.00 |
| ACCT #:  **xxxxx x. xxwers**<br>**Edward B. Noakes, DMD, MS**<br>2835 McFarland Rd., Ste. B<br>Rockford, IL 61107 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $485.00 |
| ACCT #:  **xxxxx x. xxxxxx, x/x/x xxxxx x. xxrte**<br>**Hampton Properties**<br>3464 Hampton Ridge Drive<br>Rockford, IL  61109 | | W | DATE INCURRED:<br>CONSIDERATION:<br>**3424 Hampton Ridge Dr. #4**<br>REMARKS: | | | | $6,642.56 |
| ACCT #:  **xxxx-xxxx-xxxx-7801**<br>**HSBC Bank**<br>P.O. Box 5253<br>Carol Stream, IL  60197-5891 | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $419.00 |
| ACCT #:  **xxxxxx5261**<br>**Inpatient Consultants of Illinois**<br> P.O. 92934<br>Los Angeles, CA 90009-2934 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $314.00 |
| ACCT #:<br>**James Bowers, Sr.**<br>205 Fox Lane<br>Belvidere, IL 61008 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**debtor: James Bowers, father** | | | | $8,000.00 |

Sheet no. ____**2**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $19,834.56

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R. Bowers**          Case No. _____
**Kelly J Bowers**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**John D. Thomas**<br>**P.O. 213**<br>**Wilmington, IL 60481** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**debtor, Kelly bowers;**<br>**grandfather** | | | | **$1,000.00** |
| ACCT #:  **xxxxx x. xxxxxx, x/x/x xxxxx x. xxrte**<br>**Kar  Korner, Inc.**<br>**4923 North Second Street**<br>**Loves Park, IL 61111** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**2003 Chevrolet S-10**<br>REMARKS:<br>**repossessed** | | | | **Notice Only** |
| ACCT #:  **xxxx4879**<br>**Mutual Management**<br>**401 E. State Street**<br>**Rockford, IL.  61104** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Swedish American MSO Inc**<br>REMARKS: | | | | **$494.00** |
| ACCT #:  **xxxxxx-7-78Q**<br>**Mutual Management Service**<br>**P.O. Box 4777**<br>**Rockford, IL.  61110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Camelot Endodontics**<br>REMARKS: | | | | **$606.25** |
| ACCT #:  **xxxx4627**<br>**Mutual Management Service**<br>**P.O. Box 4777**<br>**Rockford, IL.  61110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Illinois Imagaing**<br>REMARKS: | | | | **$6,671.00** |
| ACCT #:  **xxxx8350**<br>**Mutual Management Service**<br>**P.O. Box 4777**<br>**Rockford, IL.  61110** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Rochelle Medical**<br>REMARKS: | | | | **$249.00** |

Sheet no. ____3____ of ____6____ continuation sheets attached to          Subtotal >          **$9,020.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx1JZR** <br> **NCO Financial Systems** <br> **P.O. Box 15630, Dept 99** <br> **Wilimington, DE 19850** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Nicor Gas** <br> REMARKS: <br> **Creditor's Account number is:** <br> **0379435600** | | | | $258.80 |
| ACCT #:  **x7943** <br> **Nicor Gas** <br> **P.O. Box 8350** <br> **Aurora, IL  60507-8350** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $165.00 |
| ACCT #:  **x7943** <br> **Nicor Gas** <br> **P.O. Box 8350** <br> **Aurora, IL  60507-8350** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $32.00 |
| ACCT #:  **x0061** <br> **Physicians Immediate Care** <br> **P.O. Box 2176, Dept. 5389** <br> **Milwaukee, WI  53201-2176** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $356.00 |
| ACCT #:  **KZ14** <br> **Pinnacle Credit Services** <br> **7900 Highway 7 #100** <br> **Saint Louis Park, MN  55426** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Verizon Wireless** <br> REMARKS: | | | | $927.00 |
| ACCT #:  **xx6531** <br> **Radiology Consultants of Rockford, Ltd.** <br> **P.O. Box 4542** <br> **Rockford, IL  61110-4542** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $94.00 |

Sheet no. ____4____ of _____6_____ continuation sheets attached to          Subtotal >   | $1,832.80 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R. Bowers**                                    Case No.  _____
      **Kelly J Bowers**                                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx x0515**<br>**Rockford Associated Clinical Pathologist**<br>P.O. Box 71082<br>Chicago, IL  60694-1082 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $209.00 |
| ACCT #:  **xx7095**<br>**Rockford Mercantile Agency**<br>2502 S. Alpine Road<br>Rockford, IL.  61108 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Crusader Clinci**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xx9688**<br>**Rockford Mercantile Agency**<br>2502 S. Alpine Road<br>Rockford, IL.  61108 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Crusader Clinic 2**<br>REMARKS: | | | | $266.00 |
| ACCT #:  **xx1721**<br>**Rockford Mercantile Agency**<br>2502 S. Alpine Road<br>Rockford, IL.  61108 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - City of Rochelle**<br>REMARKS: | | | | $450.00 |
| ACCT #:  **xx-x6974**<br>**Superior Air Ground Ambulance Service**<br>P.O. Box 1407<br>Elmhurst, IL  60126-8407 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Ambulance transport**<br>REMARKS: | | | | $1,260.00 |
| ACCT #:  **xxxxx8131**<br>**Swedish American Medical Group**<br>2550 Charles Street<br>P.O. Box 1567<br>Rockford, IL  61110-0067 | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $236.00 |

Sheet no. ____5____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,421.00

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **James R. Bowers**                                  Case No. _____
       **Kelly J Bowers**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx3903**<br>**Torres Credit Services**<br>**27 Fairview Street, Ste. 301**<br>**Carlisle, PA  17013** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Commonwealth Edison**<br>REMARKS: | | | | $183.28 |
| ACCT #:  **xxx8344**<br>**Torres Credit Services**<br>**27 Fairview Street, Ste. 301**<br>**Carlisle, PA  17013** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Commonwealth Edison**<br>REMARKS: | | | | $184.68 |
| ACCT #:  **xxxxx x. xxxxxx, x/x/x xxxxx x. xxrte**<br>**U.S. Department of Education**<br>**P.O. Box 530260**<br>**Atlanta, GA  30353-0260** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $4,013.30 |
| ACCT #:  **xxx-xx-1069**<br>**U.S. Department of Education - Direct Lo**<br>**P.O. Box 5609**<br>**Greenville, TX  75403** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxx8901**<br>**Valentine & Kebartas**<br>**P.O. Box 325**<br>**Lawrence, MA  01842** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - US Cellular**<br>REMARKS: | | | | $265.00 |
| | | | | | | | |

Sheet no. ____6____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$4,646.26**

Total >  **$45,454.25**
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6G (Official Form 6G) (12/07)

In re  **James R. Bowers**                                      Case No. _____
       **Kelly J Bowers**                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal
property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether
debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY |
|---|---|
| **T-Mobile USA**<br>7200 Harrison Avenue<br>Rockford, IL 61112 | Cell Phone Contract<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **James R. Bowers**                                    Case No.  _____
       **Kelly J Bowers**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **James R. Bowers**                                        Case No. _____
       **Kelly J Bowers**                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married
debtor, whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | unemployed | Line Worker |
| Name of Employer | | Chrysler Group LLC |
| How Long Employed | | One (1) Year |
| Address of Employer | | 3000 Chrysler Drive |
| | | Belvidere, IL  61008 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $2,261.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | $0.00 | $2,261.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $259.00 |
|     b. Social Security Tax | $0.00 | $131.00 |
|     c. Medicare | $0.00 | $0.00 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $29.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $419.00 |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $1,842.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. _____ | $0.00 | $0.00 |
|     b. _____ | $0.00 | $0.00 |
|     c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $0.00 | $1,842.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $1,842.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **James R. Bowers**                     Case No. _____
        **Kelly J Bowers**                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the
debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
   Complete a separate schedule of expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $500.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $0.00 |
|            b. Water and sewer | $0.00 |
|            c. Telephone | $200.00 |
|            d. Other:  Student Loan | $40.00 |
| 3. Home maintenance (repairs and upkeep) | $40.00 |
| 4. Food | $550.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $10.00 |
| 7. Medical and dental expenses | $115.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $80.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $0.00 |
|          b. Life | $0.00 |
|          c. Health | $0.00 |
|          d. Auto | $180.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:    Auto Payment #1 | $350.00 |
|          b. Other:  Auto Payment #2 | $260.00 |
|          c. Other: | $10.00 |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: Hair Care | $10.00 |
| 17.b. Other: Pet Care | $10.00 |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,** | |
| **if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$2,705.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                    $1,842.00
b. Average monthly expenses from Line 18 above                           $2,705.00
c. Monthly net income (a. minus b.)                                      ($863.00)

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re  **James R. Bowers**                                    Case No.
**Kelly J Bowers**

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $13,293.49 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $10,495.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $11,998.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $45,454.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,842.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,705.00 |
| TOTAL | | 22 | $13,293.49 | $67,947.63 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  **James R. Bowers**
**Kelly J Bowers**

Case No.

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101
(8) of the Bankruptcy Code (11 U.S.C.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$11,998.00** |
| Taxes and Certain Other Debts Owed to Governmental Units | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$4,013.30** |
| Domestic Support, Separation Agreement, and Divorce Decree | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar | **$0.00** |
| **TOTAL** | **$16,011.30** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$1,842.00** |
| Average Expenses (from Schedule J, Line 18) | **$2,705.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B | **$2,261.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" | | **$4,495.38** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" | **$11,998.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO | | **$0.00** |
| 4.  Total from Schedule F | | **$45,454.25** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$49,949.63** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **James R. Bowers**                                    Case No. _____
       **Kelly J Bowers**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _____ **24** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **7/27/2011** _____          Signature   **/s/ James R. Bowers** _____
                                                                  **James R. Bowers**


Date  **7/27/2011** _____          Signature   **/s/ Kelly J Bowers** _____
                                                                  **Kelly J Bowers**

                                                     [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or
imprisonment for up to 5 years or_

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:    **James R. Bowers**                                  Case No. _____
          **Kelly J Bowers**                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that
maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may

| AMOUNT | SOURCE |
|---|---|
| **$22,888.00** | **adjusted gross income for wife in 2009** |
| **$7,659.00** | **adjusted gross income for husband in 2009** |
| **$40,105.00** | **adjusted gross income for both husband and wife in 2010** |
| **$13,566.00** | **wife's wage income for first 5 mos. of 2011** |

---

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the
two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other
debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ogle County Circuit Clerk**<br>**#300, 106 S. 5th Street**<br>**Oregon, IL 61061**<br><br>**Fine relating to Lawsuit for criminal tresspass to property 2009 CF 134** | **June 27, 2011** | **$771.00** | |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately
preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:    **James R. Bowers**                              Case No. _____
          **Kelly J Bowers**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors
who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this
bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| People v. James R. Bowers 2009 CF 134 | Criminal Tresspass to property | Ogle County Circuit Clerk #300 106 S. 5th Street Oregon, IL 61061 | Pending |

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

---

**5. Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within one year immediately preceding the commencement of this this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

**6. Assignments and receiverships**

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include

---

**7. Gifts**

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

**8. Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**                                     Case No. _____
         **Kelly J Bowers**                                                            (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year

---

None
☐

**10. Other transfers**

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **James Bowers, Sr** **205 Fox Lane** **Belvidere, IL 61008** | **August,** **2010** | **$2,000.00** |
| **John D. Thomas** **P.O. 213** **Wilmington, IL 60481** **joint-debtor's Grandfather** | **August,20** **10** | **$1,000.00** |

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

None
☑

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

None
☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13

---

None
☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either

---

None
☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**
　　　　**Kelly J Bowers**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied
during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Kelly J. Bowers**<br>**3424 Hampton Road, #4**<br>**Rockford, IL** | **Kelly J. Carter** | **June 2010**<br>**to**<br>**February**<br>**2011** |

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

---

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date

---

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**                                    Case No. _____
         **Kelly J Bowers**                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**None**
☑  **18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of
the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a
corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time
within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the
businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or

---

**None**
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as

---

The following questions are to be completed by every debtor that is a corporation or partnership and by
any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer,
director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited
partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

---

**None**
☑  **19. Books, records and financial statements**

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this
bankruptcy case kept or supervised the

---

**None**
☑  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy
case have audited the books of account

---

**None**
☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of
the books of account and records of the

---

**None**
☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to
whom a financial statement was issued by

---

**None**
☑  **20. Inventories**

a.  List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the

---

**None**
☑  b.  List the name and address of the person having possession of the records of each of the
inventories reported in a., above.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **James R. Bowers**                                         Case No.  _____
             **Kelly J Bowers**                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
has been responsible for contributing at any time within six years immediately preceding the

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **7/27/2011** _____        Signature ___ **/s/ James R. Bowers** _____
                                                                         of Debtor    *James R. Bowers*

Date  **7/27/2011** _____        Signature ___ **/s/ Kelly J Bowers** _____
                                                                         of Joint Debtor  *Kelly J Bowers*
                                                                         (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to
5 years, or both.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:  **James R. Bowers**                                CASE NO
**Kelly J Bowers**
                                                          CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Americredit<br>P.O. Box 183853<br>Arlington, TX.  76096<br>xxxxx5320 | **Describe Property Securing Debt:**<br>2004 Suzuki XL7 |

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>T-Mobile USA<br>7200 Harrison Avenue<br>Rockford, IL 61112 | **Describe Leased Property:**<br>Cell Phone Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☒      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or**

Date **7/27/2011**                          Signature   **/s/ James R. Bowers**
                                                        _James R. Bowers_

Date **7/27/2011**                          Signature   **/s/ Kelly J Bowers**
                                                        _Kelly J Bowers_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **James R. Bowers**                                                    CASE NO
         **Kelly J Bowers**

                                                                                CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the
   attorney for the above-named debtor(s) and
   that compensation paid to me within one year before the filing of the petition in
   bankruptcy, or agreed to be paid to me, for

   For legal services, I have agreed to accept:                    **$0.00**

   Prior to the filing of this statement I have received:          **$0.00**

   Balance Due:                                                    **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)
                     **Pre-paid legal service through debtor's employer Chrysler Group, LLC**

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify)
                     **Pre-paid legal service through debtor's employer Chrysler Group, LLC**

4. ☑ I have not agreed to share the above-disclosed compensation with any other
     person unless they are members and

   ☐ I have agreed to share the above-disclosed compensation with another person
     or persons who are not members or
     associates of my law firm.  A copy of the agreement, together with a list of the

5. In return for the above-disclosed fee, I have agreed to render legal service for all
   aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in
   determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan
   which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing,
   and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or
arrangement for payment to me for

_____            /s/ Philip H. Hart
      **7/27/2011**                  _____
        *Date*                       *Philip H. Hart*                    Bar No.  03121821
                                     UAW-Chrysler Legal Services Plan
                                     600 S. State Street
                                     Ste 200
                                     Belvidere IL  61008
                                     Phone: (815) 544-2525 / Fax: (815) 547-7857

---

_____            _____
/s/ James R. Bowers                  /s/ Kelly J Bowers
*James R. Bowers*                    *Kelly J Bowers*